IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

L.T. SIMES, II,

                                                 PLAINTIFF

    VS.                      CASE NO. 4:10CV01047 JFB

ARKANSAS JUDICIAL DISCIPLINE
AND DISABILITY COMMISSION, ET AL.                DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the defendants and against the plaintiff

DATED this 27th day of September, 2012.

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              U.S. District Judge, District of Nebraska